THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GEORGINA SANDOVAL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MONARCH RECOVERY MANAGEMENT, INC..,<br><br>Defendant. | CIVIL ACTION NO. 2:17-cv-06533-MCA |

*Order of administrative Termat*

### ORDER

Upon consideration of the motion of Defendant Monarch Recovery Management, Inc. ("Monarch"), for an order compelling arbitration of plaintiff's claims on an individual basis, and to stay proceedings; and the Court having reviewed the papers in support of Monarch's motion, together with any opposition thereto; and the Court having heard the arguments of counsel, if any, and good cause having been shown, it is this ___1___ day of ___Dec___, 2017, hereby

ORDERED that Monarch's motion to compel is GRANTED, and it is further

ORDERED that plaintiff shall submit her claims to arbitration within 30 days of the date of this Order; and it is further

ORDERED that this action is ~~stayed~~ *admin. termaled* pending the completion of arbitration.

_____
U.S. District Court Judge

*M C [signature]*