Case 2:17-cv-06533-MCA-LDW Document 9 Filed 11/06/18 Page 1 of 1 PageID: 147

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| GEORGINA SANDOVAL, *on behalf of herself and those similarly situated*, <br><br> Plaintiff, <br><br> vs. <br><br> MONARCH RECOVERY MANAGEMENT, INC., and JOHN DOES 1 to 10, <br><br> Defendant. | Civil Action No. 2:17-cv-06533-MCA-LDW <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

The undersigned, counsel for Plaintiff, represents that Defendant has not filed an answer or a motion for summary judgment; and neither Fed. R. Civ. P. 23(e), 23.1(c), 23.2 nor 66 apply to this matter;

Now, therefore, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action with prejudice as to her individual claims and without prejudice as to the claims of the putative class, and without costs.

KIM LAW FIRM LLC
Attorneys for Plaintiff

DATED: November 6, 2018

*s/Yongmoon Kim*
Yongmoon Kim

SO ORDERED:

DATED: 11/13/18

Madeline Cox Arleo, U.S.D.J.